**Leroy M. THURSTON, Jr., Plaintiff–Appellant,**

v.

**Cathy COLLINS, Manager, Central Virginia Newspaper, Defendant–Appellee.**

Leroy M. Thurston, Jr., Plaintiff–
Appellant,

v.

Calvin Jackson, Defendant–Appellee.

Leroy M. Thurston, Jr., Plaintiff–
Appellant,

v.

Thomas Roberts, Defendant–Appellee.

Nos. 02–1447, 02–1448, 02–1449.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Leroy M. Thurston, Jr., Appellant Pro
Se.

Before WIDENER, LUTTIG, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Leroy M. Thurston, Jr. seeks to appeal
the district court's orders dismissing his
civil actions for lack of jurisdiction. We
dismiss the appeals for lack of jurisdiction
because Thurston's notices of appeal were
not timely filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, *see* Fed.
R.App. P. 4(a)(1), unless the district court
extends the appeal period under Fed.
R.App. P. 4(a)(5) or reopens the appeal
period under Fed. R.App. P. 4(a)(6). This
appeal period is "mandatory and jurisdic-

tional." *Browder v. Director, Dep't of Cor-
rections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's orders were entered
on the docket on February 11, 2002.
Thurston's notices of appeal were filed on
April 9, 2002. Because Thurston failed to
file a timely notice of appeal or to obtain
an extension or reopening of the appeal
period, we dismiss the appeals. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*